IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYDEX PHARMACEUTICALS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 17-1832 (LPS) (JLH) ) |
| TEVA PHARMACEUTICALS USA, INC. and ACTAVIS, LLC, | ) ) ) ) |
| Defendants. | ) |

## CONSENT JUDGMENT AND DISMISSAL ORDER

This action for patent infringement (the "Litigation") has been brought by Plaintiff CyDex Pharmaceuticals, Inc. ("CyDex" or "Plaintiff") against Defendants Teva Pharmaceuticals USA, Inc. and Actavis LLC (collectively, "Teva") for infringement of United States Patent Nos. 8,410,077, 9,200,088, and 9,493,582 (collectively, the "CyDex Patents"). CyDex's commencement of the Litigation was based on its receipt of notice from Teva that Teva had filed Abbreviated New Drug Application ("ANDA") No. 209323 with the United States Food and Drug Administration ("FDA") containing certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) directed to the CyDex Patents and seeking approval to market a generic melphalan hydrochloride product at a strength of 50 mg (free base)/vial as a powder for injection prior to the expiration of the CyDex Patents.

CyDex and Teva have agreed to enter into a final settlement agreement regarding this Litigation ("Settlement Agreement"). The Court, upon the consent and request of CyDex and Teva, hereby acknowledges the following Consent Judgment and, upon due consideration, issues the following Dismissal Order.

CyDex and Teva now consent to this Consent Judgment and Dismissal Order and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Subject matter jurisdiction, personal jurisdiction, and venue solely with respect to the Litigation are all proper in this Court.

2. In this Litigation, CyDex has charged Teva with infringement of the CyDex Patents in connection with Teva's submission of ANDA No. 209323 directed to a melphalan hydrochloride product at a strength of 50 mg (free base)/vial as a powder for injection to the FDA.

3. In response to CyDex's charges of patent infringement, Teva has alleged certain defenses and counterclaims. No decision has been obtained by the parties from this Court regarding these charges of infringement or these defenses and counterclaims.

4. Teva has admitted that the CyDex Patents are valid and enforceable to the extent set forth in the Settlement Agreement.

5. Teva infringed the CyDex Patents pursuant to 35 U.S.C. § 271(e)(2)(A) by filing ANDA No. 209323 before the expiration of the CyDex Patents.

6. All claims, counterclaims, and affirmative defenses presented by CyDex as between it and Teva, or by Teva, in the Litigation are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees.

7. Teva, its Affiliates, officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them shall not engage in manufacturing, using, offering to sell or selling within the United States, or importing into the United States, any generic melphalan hydrochloride products that are the subject of ANDA No. 209323 until such date permitted by the Settlement Agreement that the Parties have entered into.

8.  Nothing herein prohibits Teva or its Affiliates from maintaining a Paragraph IV Certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. §314.94(a)(12) with respect to the CyDex Patents.

9.  Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving ANDA No. 209323.

10. For purposes of this Consent Judgment, the term "Affiliate" shall have the meaning set forth in the Settlement Agreement.

11. CyDex and Teva each expressly waives any right to appeal or otherwise move for relief from this Consent Judgment and Dismissal Order.

12. Compliance with this Consent Judgment may be enforced by the Parties and their successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

13. This court retains jurisdiction over CyDex and Teva for purposes of enforcing this Consent Judgment and Dismissal Order as well as any dispute regarding the Settlement Agreement.

14. The Clerk of the Court is directed to enter this Consent Judgment and Dismissal Order forthwith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Jeremy A. Tigan* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Jeremy A. Tigan (No. 5239) | Karen E. Keller (No. 4489) |
| 1201 North Market Street | David M. Fry (No. 5486) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| jtigan@mnat.com | jshaw@shawkeller.com |
|  | kkeller@shawkeller.com |
| *Attorneys for Plaintiff CyDex Pharmaceuticals, Inc.* | dfry@shawkeller.com |
|  | *Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Actavis LLC* |

November 4, 2019

SO ORDERED this 5th day of November 2019.

_____
United States District Judge